Patrick M. Flatley
United States Bankruptcy Judge
Dated: Wednesday, April 20, 2011 5:03:21 PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*In re:* §
§
   MATTHEW K. McDANIEL           §   CASE NO. 3:10-bk-1539
   JENNIFER L. McDANIEL,         §
§
       Debtors.                        §   Chapter 7

## O R D E R

On April 21, 2011, a hearing was scheduled in the above-styled case to consider the Debtors' Alternative Motion to Set Aside Judgment of Bank of Charles Town. Upon consideration of the request of counsel to continue this matter to allow the parties additional time to attempt to resolve this mater, the Court does hereby

**ORDER** that the hearing on the Debtor's Motion and valuation of the property is **CONTINUED** and **RESCHEDULED** for June 7, 2011, at 1:00 p.m. in the Multipurpose Courtroom located in the U.S. Courthouse, 217 West King Street, Martinsburg, West Virginia provided however, that should an agreed order be entered prior to the hearing, no appearance will be required of counsel or of the parties.

It is **FURTHER ORDERED** that the following rules shall govern the procedures at the final hearing:

(A)     All parties shall be prepared to present all witnesses, evidence, and memoranda at the final hearing;

(B)     Any party intending to present testimony or other evidence at the final hearing shall, no later then 3 business days before the hearing, file with the Clerk and serve on opposing counsel copies of all exhibits, to the extent those documents have not already been filed with the Clerk.

It is **FURTHER ORDERED** that the parties confer before the final hearing and, to the extent possible, be prepared to stipulate to the admission of exhibits, or agree to the exhibits for which admission is contested and the grounds therefor.

The Clerk is directed to transmit copies of this Order to the parties in interest.